for writ of certiorari to the Court of Appeals of New York granted. *Isidor Enselman* for petitioner. *Raymond Palmer* for respondents.

No. 483. MURRAY *v.* PORTER, PRICE ADMINISTRATOR. On petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit;

No. 512. RALEY ET AL., TRADING AS RALEY'S FOOD STORE, *v.* PORTER, PRICE ADMINISTRATOR. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia; and

No. 583. PORTER, PRICE ADMINISTRATOR, *v.* MOHAWK WRECKING & LUMBER Co. ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit. November 12, 1946. The petitions for writs of certiorari in these cases are granted limited to the question whether the Emergency Price Control Act authorizes the Administrator to delegate to district directors authority to sign and issue subpoenas. *Robert W. Upton* for petitioner in No. 483. *C. L. Dawson* for petitioners in No. 512. *Solicitor General McGrath* and *David London* for the Price Administrator. *John W. Babcock* for respondents in No. 583. Reported below: No. 483, 156 F. 2d 781; No. 512, 81 U. S. App. D. C. 156, 156 F. 2d 561; No. 583, 156 F. 2d 891.

No. 544. NATIONAL LABOR RELATIONS BOARD *v.* KEYSTONE STEEL & WIRE Co. ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General McGrath* and *Gerhard P. Van Arkel* for petitioner. *Hugh Fulton* and *Theodore C. Baer* for the Keystone Steel & Wire Co., and *Frederick V. Arber* for the Inde-

pendent Steel Workers Alliance, respondents.

No. 453. PENFIELD COMPANY ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Morris Lavine* for petitioners. *Acting Solicitor General Washington, Roger S. Foster* and *Robert S. Rubin* for respondent.

No. 320. ELLIS *v.* UNION PACIFIC RAILROAD Co. November 25, 1946. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *L. Wm. Crawhall* for petitioner. *Thomas W. Bockes* for respondent.

No. 368. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. See *ante*, p. 684.

No. 606. UNITED STATES *v.* BAYER ET AL. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General McGrath* for the United States. *Charles H. Tuttle* for Samuel Bayer; *Archibald Palmer* and *I. Maurice Wormser* for Elias Bayer; and *Samuel T. Ansell* and *Roger Robb* for Walter V. Radovich, respondents.

No. 626. MARKHAM, ALIEN PROPERTY CUSTODIAN, *v.* ALLEN ET AL. December 9, 1946. Petition for writ of